

| | | | |
|---|---|---|---|
| State v. Scarlett | 16–1033 | 05/17/2017 | Affirmed in part, Reversed in part, and Remanded |
| Makela, In re Marriage of | 16–1034 | 05/17/2017 | Affirmed |
| Mason v. State | 16–1047 | 05/17/2017 | Affirmed |
| State v. Johnson | 16–1073 | 05/17/2017 | Affirmed |
| State v. Brown | 16–1118 | 05/17/2017 | Affirmed |
| State v. Jones | 16–1173 | 05/17/2017 | Affirmed |
| State v. Smith | 16–1201 | 05/17/2017 | Sentence Vacated and Remanded with Directions |
| Slayman, In re Marriage of | 16–1240 | 05/17/2017 | Affirmed |
| Boatman v. Country Earthmoving, L.L.C. | 16–1249 | 05/17/2017 | Affirmed |
| State v. Welch | 16–1304 | 05/17/2017 | Affirmed |
| State v. Beranek | 16–1342 | 05/17/2017 | Affirmed |
| Quality Egg, L.L.C. v. Hickman's Egg Ranch | 16–1403 | 05/17/2017 | Reversed and Remanded |
| State v. Taylor | 16–1424 | 05/17/2017 | Affirmed |
| Sievers Family Revocable Trust Dated July 17, 2002, Matter of | 16–1483 | 05/17/2017 | Affirmed |
| State v. Sangster | 16–1621 | 05/17/2017 | Affirmed in part and Vacated in part |
| State v. Reed | 16–1703 | 05/17/2017 | Affirmed |
| Orr, In re Marriage of | 16–1772 | 05/17/2017 | Affirmed |
| State v. Arterburn | 16–1846 | 05/17/2017 | Conviction Affirmed, Sentence Vacated, and Remanded with Instructions |
| Mansaray v. Nayou | 16–1997 | 05/17/2017 | Affirmed |
| State v. Yates | 16–2068 | 05/17/2017 | Sentence Vacated in part and Remanded for Resentencing |
| O.H., In Interest of | 16–2209 | 05/17/2017 | Affirmed |
| S.B., In Interest of | 17–0221 | 05/17/2017 | Affirmed on both Appeals |
| B.W., In Interest of | 17–0242 | 05/17/2017 | Affirmed on all Appeals |
| G.C., In Interest of | 17–0244 | 05/17/2017 | Affirmed |
| D.Z., In Interest of | 17–0265 | 05/17/2017 | Affirmed |
| L.M., In Interest of | 17–0287 | 05/17/2017 | Reversed and Remanded for further Proceedings |
| X.V., In Interest of | 17–0289 | 05/17/2017 | Affirmed |
| E.M., In Interest of | 17–0290 | 05/17/2017 | Affirmed |
| D.R., In Interest of | 17–0291 | 05/17/2017 | Affirmed |
| K.G., In Interest of | 17–0347 | 05/17/2017 | Affirmed |
| K.H., In Interest of | 17–0356 | 05/17/2017 | Affirmed |